AO 451 (Rev.2/86) Certification of Judgment

67 RI

# United States District Court

Northern DISTRICT OF Georgia

MISC 05 -140ML

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
By and Through Its Chapter 7 Trustee
James R. Marshall
V.
Mitchell B. Basel, M.D.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number: 1:03-cv-3595-GET

I, Luther D. Thomas, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 1/28/2004, as it appears in the records of this court, and that
*Date*

No notice of appeal from this judgment has been filed and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appelate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on OCT 27 2005.
*Date*

Luther D. Thomas
*Clerk*

Elaine P. Moore
*(By) Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PHYSICIANS RELIANCE ASSOCIATION, INC., By and Through Its Chapter 7 Trustee, JAMES R. MARSHALL,

Plaintiff,

VS.

MISC 05 -140 ML

CASE NUMBER: 1:03-cv-3595-GET

MITCHELL B. BASEL, M.D.,

Defendant.

JUDGMENT

This action having come before the court, Honorable G. Ernest Tidwell, United Stated District Judge, for consideration of the Bankruptcy Court's findings and recommendations, and the court having adopted said recommendations, it is

**Ordered and Adjudged** that judgment is entered in favor of the plaintiff, Physicians Reliance Association, Inc, by and through its Chapter 7 Trustee, James R. Marshal, and against MITCHELL B. BASEL, M.D. in the principal amount of $6,000.00, together with pre-judgment interest in the amount of $1,522.89, and post-judgment interest on the principal sum at the legal rate of $1.22% per annum, together with costs of $72.88.

Dated at Atlanta, Georgia, this 28th day of January 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: B. McConnell
Deputy Clerk

Prepared, Filed, and Entered
In the Clerk's Office
(date entered on docket) JAN 28 2004
Luther D. Thomas
Clerk of Court

By: B. McConnell
Deputy Clerk

ATTEST: A TRUE COPY
C ... IS

OCT 27 2005

Luther D. Thomas, Clerk
By:
Deputy Clerk